
Versión para imprimir

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br><br>Solicitud de la Asociación de Fotoperiodistas de Puerto Rico | 2011 TSPR 198<br><br>183 DPR ____ |

Número del Caso: MC-2011-25

Fecha: 15 de diciembre de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Solicitud de la Asociación
de Fotoperiodistas de
Puerto Rico

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de diciembre de 2011

El Juez Presidente, Hon. Federico Hernández Denton, ha traído ante la consideración del Tribunal Supremo una carta del 6 de diciembre de 2011, firmada por Luis Rolón Álvarez, Presidente de la Asociación de Fotoperiodistas y el Sr. Ismael Fernández del Taller de Fotoperiodismo, en la que solicitan se les permita acceso para utilizar medios audio visuales durante la vista de lectura de sentencia del Sr. Edgar Santana, pautada en el Tribunal de Primera Instancia de Bayamón el día 16 de diciembre de 2011.

En esencia, los peticionarios solicitan que se releve a la Jueza de sala, Hon. Raquel Irlanda, del cumplimiento con el Canon XV de Ética Judicial que dispone:

> **CANON 15. Solemnidad de los Procedimientos; Fotografías, Películas, Grabación o Reproducción.** Las juezas y los jueces mantendrán el proceso judicial en un ambiente de solemnidad y respeto. Tomar fotografías o películas en el salón del tribunal durante la celebración de sesiones judiciales o recesos entre dichas sesiones, y radiodifundir o televisar procedimientos judiciales, resta dignidad

al tribunal, puede distraer al testigo que esté prestando testimonio y puede obstaculizar el logro de un juicio imparcial, por lo que no debe permitirse. No obstante, se podrá permitir la toma de fotografías o películas en ocasiones estrictamente ceremoniales.

Las juezas y los jueces podrán, además, permitir la grabación o reproducción de procedimientos judiciales para fines educativos, a solicitud de instituciones universitarias y bajo las condiciones siguientes:

- Cuando el medio de grabación o reproducción no distraiga a los testigos y demás participantes, ni en forma alguna menoscabe la dignidad del procedimiento.

- Cuando se haya obtenido previamente el consentimiento de las partes afectadas y de todos los testigos.

- Cuando la grabación o reproducción, así obtenida, vaya a ser exhibida o utilizada luego de que el procedimiento de que se trate haya sido adjudicado en forma final y firme. Las juezas y los jueces tomarán las providencias para que dichas grabaciones permanezcan bajo la custodia del tribunal hasta que toda la prueba testifical haya sido desfilado.

Las prohibiciones contenidas en este canon no aplicarán al uso oficial de grabadoras o máquinas autorizadas por la Oficina de Administración de los Tribunales, o al uso de grabadoras o equipo similar por las abogadas y los abogados de las partes.

Examinadas las disposiciones del Canon, de su faz se desprende que solamente dispone excepciones "en ocasiones estrictamente ceremoniales" y "para fines educativos, a solicitud de instituciones universitarias" bajo ciertas condiciones, por lo que el Tribunal está impedido de acceder a lo solicitado bajo el ordenamiento actual, por lo que se declara no ha lugar la petición.

No obstante, en el ejercicio de su facultad de reglamentación, el Tribunal está rexaminando cuidadosamente dicho ordenamiento a la luz de las comunicaciones recibidas recientemente por el Sr. Enrique Cruz, Director de Noticias de WAPA, el Sr. Rafael Lenin López, Presidente de la Asociación de Periodistas de Puerto Rico y la carta de autos suscrita por el Sr. Luis Rolón Álvarez, Presidente de la Asociación de Fotoperiodistas y el Sr. Ismael Fernández Reyes del Taller de Fotoperiodismo.

Notifíquese por teléfono, electrónicamente, facsímil y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.


Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina